## William T. Nortman v. Geo. A. Samonski.

1. ERRORS—*Must be Assigned.*—In the absence of an assignment of errors an appellate court will not consider the case, and the judgment of the court below will be affirmed.

**Appeal,** from the Circuit Court of Cook County; the Hon. ELBRIDGE HANECY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1898. Affirmed. Opinion filed October 27, 1899.

KNIGHT & BROWN, attorneys for appellee.

JAMES J. HOCH, attorney for appellant.

MR. PRESIDING JUSTICE HORTON delivered the opinion of the court.

In this case there is no assignment of errors upon the record. In the absence of an assignment of errors a reviewing court in this State will not consider a case.. This has been decided so many times that we shall no longer cite cases upon the point.

The judgment of the Circuit Court is affirmed.